UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-22005 |
|---|---|---|
| ISABEL SANTOYO | ) ) ) ) ) | Chapter: 13 |
| | | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

## ORDER ON DEBTOR'S MOTION TO DISMISS DEBTOR

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The case is dismissed.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

AUG 1 3 2019

Dated:

**Prepared by:**
Jason Cotey ARDC #6311525
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20170105_bko